■ In the Matter of DANIEL SIEGEL, an Attorney. [608 NYS2d

57] —Motion for a further extension of time to file an Affidavit of Compliance pursuant to 22 NYCRR 603.13 from December 9, 1993 to and including January 10, 1994 is granted. Concur—Rosenberger, J. P., Wallach, Kupferman, Asch and Rubin, JJ.